AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                              DISTRICT OF   ALABAMA

HENRY LASSIC, et al                          **SUMMONS IN A CIVIL CASE**

                                             CASE NUMBER: 2 : 06CV 69 - A

               V.

ZIMMER HESTER FURNITURE LIQUIDATION

        TO: (Name and address of defendant)
        Zimmer Hester Furniture Liquidation
        Attn: Christopher Andonian
        9 Moody Road, Building D, Ste 18
        Enfield, CT 06082

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
        Andy Nelms
        Jay Lewis
        847 S. McDonough Street
        Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within                 20              days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

*Debra P. Hackett*

CLERK                                               DATE        1·26·06

(BY)  DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date

_____
Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.