*Lassie*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *B. Savickas* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  2/14 |
| 1. Article Addressed to:<br><br>Zimmer Hester Furniture Liquidation<br>Attn: Christopher Andonian<br>9 Moody Road, Building D, Ste 18<br>Enfield, CT 06082<br><br>*Sumner & Corp 06-69* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0000 5265 0394 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540