# EMPLOYEE INFORMATION REGARDING THE HARASSMENT HOTLINE"

TO: ALL EMPLOYEES
FROM: JEFF KUBAS
SUBJECT: OUR COMMITMENT TO NO TOLERANCE POLICY TOWARD UNLAWFUL HARASSMENT
DATE: 02/01/01

FlexiCorps Inc. will not tolerate any discriminatory, harassing, or retaliatory conduct in the workplace including discriminatory conduct that violates Title VII of the Civil Rights Act with respect to race, color, religion, sex, national origin, age marital status, sexual orientation, physical or mental disability, medical condition, and veteran status. Pursuant to that policy, FlexiCorps Inc. has subscribed to a telephone reporting/complaint service called the Harassment Hotline" so that our employees can readily report such acts including theft and safety matters without fear of retaliation, job loss, or embarrassment.

The Hotline is an unbiased, third party reporting system and satisfies the United State's Supreme Court's position that companies must *"...clearly show they provide a simple complaint process that is calculated to encourage victims of harassment to come forward."*

We do not anticipate that our employees will need to use the Harassment Hotline" as we expect and assume that all of our employees will conduct themselves free of harassment. Still, if it is needed, the service is available and allows ANY employee to report any allegation of unlawful harassment including sexual harassment, discrimination, retaliation, theft, or any safety concern that occurs in the workplace or any harassment by a third party.

For the convenience of our employees, the Hotline can be accessed 24-hours per day, 7-days per week. The toll-free number is 1-800-97-STOP IT which is 1-800-977-8674. Our company has a unique identification number. It is 980032. Remember that any employee may call the toll-free telephone number at any time and report harassment, discrimination, retaliation, theft, or any safety concern without fear of retaliation.

Sexual harassment, discrimination, retaliation and other dysfunctional behavior cannot and will not be tolerated under any circumstances. The only way we can stop such behavior in the workplace is bring it out into the open by communication and total employee/employer commitment.

"I have read this document and I understand that I can report any act of sexual harassment to either a company representative or call the Harassment Hotline" without fear of retaliation or job loss."

Print your name _Henry L Cassie_

Sign your name _Henry L Cassie_

Date signed _9-28-05_

The toll free sexual harassment hotline telephone number is:
1-800-97-STOP IT • 1-800-977-8674

Our company identification code is: 980032

Original to Personnel File
Copy to Employee
HL-0240 Rev. 2/01/01