UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAR 22 P 1: 17

| | | |
|---|---|---|
| HENRY LASSIC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:06cv069-WHA |
| | ) | |
| ZIMMER HESTER FURNITURE LIQUIDATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

**COMES NOW** Henry C. Barnett, Jr., counsel for defendant Zimmer Hester Furniture Liquidations, Inc. (incorrectly identified in the Complaint as Zimmer Hester Furniture Liquidation), who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Leo L. Esses, Esq. of the firm of Cohen Tauber Spievack & Wagner LLP of New York, New York, to appear *pro hac vice* in this action. Mr. Esses is a member in good standing of the United States District Court for the Southern District of New York as evidenced by the Certificate of Good Standing attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 22nd day of March 2006.

_____
Henry C. Barnett, Jr.

<u>OF COUNSEL</u>:

HENRY C. BARNETT JR.
CAPELL & HOWARD, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8059

LEO L. ESSES
COHEN TAUBER SPIEVACK & WAGNER LLP
420 Lexington Avenue
Suite 2400
New York, New York 10170
(212) 586-5800

                                      ATTORNEYS FOR DEFENDANT
                                      ZIMMER HESTER FURNITURE LIQUIDATION

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of March 2006, a copy of Defendant Zimmer Hester Furniture Liquidation's Motion for Admission to Practice Pro Hac Vice has been served by first-class United States mail, postage prepaid and properly addressed, upon the following:

_____
Of Counsel