# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, ____**J. Michael McMahon**____, Clerk of this Court, certify that

____**LEO L. ESSES**____, Bar # ____**LE1173**____

was duly admitted to practice in this Court on

____**JULY 2nd, 2002**____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York     on    MARCH 1st, 2006

**J. MICHAEL McMAHON**
Clerk                                          by: _____
                                                              Deputy Clerk