IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LASSIC, et al.,                )
                                     )
            Plaintiffs,              )
                                     )
vs.                                  )   CIVIL ACTION NO. 2:06cv069-WHA
                                     )
ZIMMER HESTER FURNITURE              )
LIQUIDATION,                         )
                                     )
            Defendant.               )

**ORDER**

Upon consideration of the Motion for Admission Pro Hac Vice (Doc. #8), filed on behalf

of Leo L. Esses on March 22, 2006, and it appearing that Leo L. Esses is a member in good

standing of the United States District Court for the Southern District of New York, it is

ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 23rd day of March, 2006.


                        /s/ W. Harold Albritton
                        W. HAROLD ALBRITTON
                        SENIOR UNITED STATES DISTRICT JUDGE