# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| HENRY LASSIC, SHAUN DORCH, ) | |
| CLARENCE CARMICHAEL, ) | |
| ANTONIO KING, and ) | |
| ANTONIO ROBERTS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 2:06cv69-A |
| ) | |
| ZIMMER HESTER FURNITURE ) | Judge Harold Albritton |
| LIQUIDATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW** the parties by and through their respective counsel of record and move the Court for an Order dismissing this case with prejudice with each party to bear his/its own costs and attorneys' fees. As grounds for this motion, the parties show unto the Court that all matters in dispute have been resolved to their mutual satisfaction.

Respectfully submitted this the 27th day of November, 2006.

s/Henry C. Barnett, Jr.
**HENRY C. BARNETT, JR. (BAR037)**

ATTORNEY FOR DEFENDANT ZIMMER HESTER FURNITURE LIQUIDATION

OF COUNSEL:

CAPELL & HOWARD, P. C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone:   (334) 241-8059
Facsimile:    (334) 323-8888

                                                  K. Anderson Nelms
                                                  **KEITH ANDERSON NELMS (NEL022)**

                                                  ATTORNEY FOR PLAINTIFFS

OF COUNSEL:

LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, Alabama 36103-5059
Telephone: (334) 263-7733
Facsimile: (334) 832-4390