IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY LASSIC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv069-WHA |
| | ) | |
| ZIMMER HESTER FURNITURE | ) | |
| LIQUIDATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. #10), filed

on November 27, 2006, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own

costs and attorneys' fees.

DONE this 28th day of November, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE